IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02465-BNB

DAVID LEMAR POWELL,

    Applicant,

v.

ANGEL MEDINA, Warden, Fremont Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR STATE COURT RECORD AND TO ANSWER

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1) Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in El Paso County District Court case number 03CR2741, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2) Within **thirty (30) days from the date the state court record is provided to the Court**, Respondent(s) shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts; and

(3) The Clerk of the Court is directed to send copies of this order to the

following:

    (1)    Clerk of the Court
            El Paso County District Court
            P.O. Box 2980
            Colorado Springs, Colorado 80901-2980; and

    (2)    Assistant Solicitor General
            Appellate Division
            Office of the Attorney General
            1525 Sherman Street
            Denver, Colorado 80203; and

    (3)    Court Services Manager
            State Court Administrator's Office
            101 W. Colfax, Ste. 500
            Denver, Colorado 80202.

DATED February 5, 2013, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge