IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02465-MSK-BNB

DAVID LEMAR POWELL,

    Applicant,

v.

ANGEL MEDINA, Warden, Fremont Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    It is HEREBY **ORDERED** that Applicant may file a traverse (reply) to the Respondent's Answer [Doc. # 32] **on or before August 23, 2013.**

Dated: July 23, 2013