IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02465-MSK-BNB

DAVID LEMAR POWELL,

    Applicant,

v.

ANGEL MEDINA, Warden, Fremont Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER TO SUPPLEMENT STATE COURT RECORD

---

On February 5, 2013, Magistrate Judge Boyd N. Boland issued an Order for State Court Record and to Answer to the Respondents, directing Respondents to file with the Clerk of the Court, within thirty days, a copy of the complete record of Applicant's state court proceedings in El Paso County District Court case number 03CR2741, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.

The Court has reviewed the state court record filed in this Court on March 6, 2013.  Missing from the record are the transcripts from Mr. Powell's second trial in August 2007, including the voir dire proceeding.  The 2007 trial transcripts are relevant to the court's disposition of Mr. Powell's first and second claims for relief.  Accordingly, it is

ORDERED that Respondents shall file with the Clerk of the transcripts from

Applicant's 2007 trial, including the voir dire proceeding, **within fourteen (14) days** of the date of this Order.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the clerk of the state court from which the case originated and to the Court Services Manager, State Court Administrator's Office by United States mail, first class postage prepaid, at the following addresses:

> Clerk of the Court
> El Paso County District Court
> P.O. Box 2980
> Colorado Springs, Colorado 80901-2980; and
>
> Court Services Manager
> State Court Administrator's Office
> 101 W. Colfax, Suite 500
> Denver, Colorado  80202

DATED at Denver, Colorado, this 29th day of July, 2013.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge