IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02465-MSK-BNB

DAVID LEMAR POWELL,

      Petitioner,

v.

ANGEL MEDINA, Warden, Fremont Correctional Facility, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

## FINAL JUDGMENT
---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

PURSUANT to the Order [Docket No. 41] of Chief Judge Marcia S. Krieger entered on October 31, 2013, it is

ORDERED that the Report and Recommendation is ADOPTED.  It is

FURTHER ORDERED that the Petition is DENIED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Respondents, Angel Medina and John Suthers, and against Petitioner, David Lemar Powell.  It is

FURTHER ORDERED that petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and this civil action are DISMISSED WITH PREJUDICE.

DATED at Denver, Colorado this 4th day of November, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk